# United States District Court
# For The Western District of North Carolina
# Asheville Division

Albert C. Burgess,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv451

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 01/13/2010 Order.

FRANK G. JOHNS, CLERK

Signed: January 13, 2010

Frank G. Johns, Clerk
United States District Court